IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEAHA SWEET and<br>BRADLEY DEAN TAYLOR,<br><br>      Plaintiffs,<br><br>v.<br><br>BJC HEALTH SYSTEM and<br>BJC COLLABORATIVE, LLC,<br><br>      Defendants. | Case No. 3:20-CV-00947-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Joint Stipulation of Dismissal, filed February 21, 2023 (Doc. 63), this entire action was **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs.

    DATED: February 23, 2023

                              MONICA A. STUMP,
                              Clerk of Court

                              By: s/ *Deana Brinkley*
                                     Deputy Clerk

APPROVED: _____
                NANCY J. ROSENSTENGEL
                Chief U.S. District Judge